IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

LENNIE FULWOOD

                                                                                                                                                                                                            PLAINTIFF

vs.                                                     CIVIL ACTION NO. 3:14-CV-379-HTW-LRA

BONITA MOSELY                                                                                               DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATION

      This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson.  Based upon the evidence therein contained, this court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the order of this court.  The defendant's motion to dismiss [docket no. 7] is denied, and the plaintiff's motion to compel [docket no. 11] is dismissed as moot.

      **SO ORDERED AND ADJUDGED, this the 30th day of January, 2015.**

                                                                                     S/ Henry T. Wingate
                                                                                     UNITED STATES DISTRICT JUDGE