IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

LENNIE FULWOOD                                                                      PLAINTIFF

vs.                                            CIVIL ACTION NO. 3:14-CV-379-HTW-LRA

BONITA MOSELY                                                                   DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the court pursuant to the Report and Recommendation [docket no. 19] of United States Magistrate Judge Linda Anderson, which recommends that this court dismiss plaintiff Demetrius Horace Reed's lawsuit without prejudice for failure to prosecute.  Plaintiff has filed no objection.

Based upon the evidence in the Report and Recommendation, this court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the order of this court.  The petition shall be dismissed, without prejudice.

**SO ORDERED, THIS THE 30<u>TH</u> DAY OF JUNE, 2016.**

                                                **s/ HENRY T. WINGATE**
                                                **UNITED STATES DISTRICT JUDGE**