IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

LENNIE FULWOOD                                                                                          PLAINTIFF

vs.                                                              CIVIL ACTION NO. 3:14-CV-379-HTW-LRA

BONITA MOSELY                                                                                          DEFENDANT

## AMENDED ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the court pursuant to the Report and Recommendation [docket no. 23] of United States Magistrate Judge Linda Anderson, which recommends that this court dismiss plaintiff Lennie Fulwood's lawsuit without prejudice for failure to prosecute. Plaintiff has filed no objection.

Based upon the evidence in the Report and Recommendation, this court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the order of this court. The petition shall be dismissed, without prejudice.

SO ORDERED, THIS THE 13th DAY OF JULY, 2016.

_____
UNITED STATES DISTRICT JUDGE